IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TREVIS WORTHEN, | * |
| Petitioner, | * |
| v. | Case No. 7:23-CV-18(HL) |
| | * |
| Warden JACOB BEASLEY, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk